IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02516-ZLW-KLM

AURARIA STUDENT HOUSING AT THE REGENCY, L.L.C.,
a Colorado limited liability company,

    Plaintiff,

v.

CAMPUS VILLAGE APARTMENTS, L.L.C.,
a Delaware limited liability company,

    Defendant.

---

## ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 27th day of October, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court