IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02516-REB-KLM

AURARIA STUDENT HOUSING AT THE REGENCY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CAMPUS VILLAGE APARTMENTS, LLC, a Delaware limited liability company,

    Defendant.
_____

### MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulation of Parties to Filing of Amended Complaint** [Docket No. 15; Filed February 3, 2011] (the "Motion") filed by both parties.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's Amended Complaint [Docket No. 15-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Amended Complaint [#15-1] on or before **March 3, 2011**.

    Dated:  February 7, 2011