IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10 - cv - 2516 - WJM-KLM

**AURARIA STUDENT HOUSING AT THE REGENCY, LLC,**
a Colorado limited liability company,

      Plaintiff,

v.

**CAMPUS VILLAGE APARTMENTS, LLC,**
a Delaware limited liability company,

      Defendant.

---

## PROPOSED VOIRE DIRE (IF QUESTIONNAIRE USED)

---

1. How many of you have children living at home? What are their ages? IF HIGH SCHOOL or POST HIGH SCHOOL: Are you or your son/daughter beginning to think about or look at colleges? Which colleges are you considering? What type of college would be your first choice and why? Have you been to look at any of those schools?

2. Please raise your hand if you or a member of your family have owned a business. FOR THOSE WHO RAISE HANDS:
Who is/was the business owner? What type of business? Was the business ever been involved in any legal disputes, or a lawsuit? How long has it or was it in operation? IF NO LONGER OPERATING: Why was it sold or closed?

3. Have any of you ever owned any rental property? IF SO: Where is/was it located? How long did you/have you owned it? Were you responsible for marketing and signing up renters or was that done by someone else? Did you (or the rental agency) do some research to determine the rental rates, or have some other way of evaluating the market?

4. Have any of you ever done any work in connection with rental property, such as development, financing, marketing, management, or acting as a rental agent?

IF SO: please describe the type of work you did, where the property was located, and how long you worked in that position.

5. Do any of you have any training or work experience in any of the following fields: economics, marketing, accounting, finance, investments or law? IFSO: please describe the type of training and/or employment, where you were trained or employed and how long you studied or worked there.

6. Have any of you or your family ever been in a situation where you could have filed a lawsuit and chose not to do so? IF SO: Why did you decide not to sue? Looking back on it now, do you think that was the right decision? Why?

7. Have any of your employers been in a situation where there was an ongoing dispute about a legal problem and your employer decided not to file a lawsuit? Why do you think they decided not to sue? What are your thoughts about that decision? What would you have done? Why?

8. Many people think there are too many lawsuits these days, and by show of hands, how many of you strongly agree with that view? Why do you feel that way? Because this lawsuit involves a business dispute, I would like to know whether you feel any differently about lawsuits involving business disputes?

9. How about the rest of you – how many of you feel that business people often file lawsuits without any legitimate reason for doing so?

10. This case involves a dispute about the laws that are intended to protect and promote competition. Do any of you feel that we really don't need any laws or regulations to prevent companies from excluding or limiting competition in business?

11. In this case, the Judge will give you instructions on the law, if you disagree with the law would you still be able to follow the Judge's instructions? In other words, will you follow the Judge's instructions on the law regardless of your personal views?

12. How many of you work in jobs where competition for market share or customers, or competition on price, is not really an issue?

13. Have any of you heard or read about a case where you thought that a company was unfairly accused of trying to limit competition or exclude competitors? IF

   SO: What was that case about? Why did you think it was unfair? What was the outcome?
14. How are we as consumers hurt or helped by the laws against business practices that restrict or exclude competition?
15. Have you ever suspected you were paying too much for a product or a service you or your employer have to purchase because the seller found a way to limit or exclude competition and control prices?
16. Do you believe freedom of choice and competition are important to our economy or not? Important? (raise hands) Not important (raise hands)
17. Sometimes jurors are asked to consider an expert's evaluation of harm or calculation of damages. It is always up to the jury to judge credibility of witnesses and their opinions. Are all of you willing to judge the experts presented in this case with an open mind? The reason I ask is that sometimes we hear jurors say that any expert hired by one side or the other can't be objective. In other words, there are some people who start out with the view that experts just can't be trusted. Do any of you share that view? How many of you would agree with that?
18. Another thing we hear some people say is that they would not be willing to provide any compensation in cases where the amount of the compensation has to be based on an estimate. Do any of you share the view that any amount based on an estimate is just not sufficient evidence for determining compensation?
19. Have any of you had a job where you had to make financial projections or estimates about future revenue, costs or profits? IF SO: Please tell me about that, and how you make those estimates.
20. I have not given you much information about the case, but based on what you have heard so far, is there any information you think we might want to know about you, your prior experiences or your opinions in considering you as a prospective juror?

Dated:  December 30, 2014

*S/ T.P. McMahon*
Thomas P. McMahon
tmcmahon@joneskeller.com
G. Stephen Long
slong@joneskeller.com
JONES & KELLER, P.C.
1999 Broadway, #3150
Denver, CO 80202
Tel (303) 573-1600
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2014, I electronically filed the foregoing **"PROPOSED VOIRE DIRE (IF QUESTIONNAIRE USED)"** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Michael J. Hofmann, Esq.
> michael.hofmann@bryancave.com
> Sarah L. Hartley, Esq
> sarah.hartley@bryancave.com
> Andrew B. Mohraz, Esq.
> andrew.mohraz@bryancave.com
> Bryan Cave LLP
> 1700 Lincoln Street, Suite 4100
> Denver, CO 80203

Attorney for Defendant Campus Village Apartments, LLC

s/ Renae Mesch
Renae Mesch

{JK00647911.1 }

4