**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02516-WJM-KLM

AURARIA STUDENT HOUSING AT THE REGENCY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CAMPUS VILLAGE APARTMENTS, LLC, a Delaware limited liability company,

    Defendant.

---

**RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS**

---

This matter is before the Court on the parties' deposition designations and objections thereto. (ECF No. 224.) The objections to the following portions of Mr. Thomas Abrahamson's deposition designations are SUSTAINED:

| Page Number | Lines |
|---|---|
| 193 | 11-25 |
| 194 | 1-25 |
| 195 | 1-25 |
| 196 | 1-20 |

These portions of Mr. Abrahamson's deposition testimony should be redacted from the parties' presentations. Additionally, the parties are free to eliminate any other designations, or portions of designations, that are no longer relevant and material to the issues to be tried, given the Court's rulings on the objections herein, or any other ruling or order entered by the Court in this case.

All other objections to Mr. Abrahamson's deposition testimony are OVERRULED.

Dated this 15th day of January, 2015.

BY THE COURT:

William J. Martinez
United States District Judge