**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02516-WJM-KLM

AURARIA STUDENT HOUSING AT THE REGENCY, LLC, a Colorado limited liability
company,

      Plaintiff,

v.

CAMPUS VILLAGE APARTMENTS, LLC, a Delaware limited liability company,

      Defendant.

---

## RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS

---

This matter is before the Court on the parties' deposition designations and
objections thereto.  The objections to the following portions of Dr. Frank Sanchez's
deposition designations are SUSTAINED:

| Page Number | Lines |
|:---:|:---:|
| 24 | 6-25 |
| 25 | 1-7 |
| 36 | 11-20 |

These portions of Mr. Sanchez's deposition testimony, as well as those portions
which Plaintiff has agreed to withdraw, should be redacted from the parties'
presentations.  Additionally, the parties are free to eliminate any other designations, or
portions of designations, that are no longer relevant and material to the issues to be
tried, given the Court's rulings on the objections herein.

All other objections to Mr. Sanchez's deposition testimony are OVERRULED.

Dated this 26th day of January, 2015.

BY THE COURT:

William J. Martinez
United States District Judge