IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-02516-WJM-KLM

AURARIA STUDENT HOUSING AT THE REGENCY, LLC,

    Plaintiff,

v.

CAMPUS VILLAGE APARTMENTS, LLC,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits and depositions until such time as all need for the exhibits and depositionshas terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 28 day of January 2015.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant