IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-02516-WJM-KLM

AURARIA STUDENT HOUSING AT THE REGENCY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CAMPUS VILLAGE APARTMENTS, LLC, a Delaware limited liability company,

    Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AUTOMATIC TREBLING OF ACTUAL DAMAGES

A jury trial in this case began on January 20, 2015. (ECF No. 240.) On January 27, 2015, the jury returned a verdict in favor of Plaintiff Auraria Student Housing at the Regency ("Plaintiff") on Plaintiff's claim for violation of the Sherman Act, 15 U.S.C. § 2, and awarded actual damages of $3,261,000. (ECF No. 252.) This matter is before the Court on Plaintiff's Unopposed Motion for 15 U.S.C. § 15(a) Automatic Trebling of Actual Damages Awarded By Jury. (ECF No. 248.) Plaintiff contends that, pursuant to Section 4(a) of the Clayton Act, any party injured by a violation of the antitrust laws shall receive treble damages. 15 U.S.C. § 15(a). Defendant Campus Village Apartments does not oppose the Motion. (*See* ECF No. 248 at 1.)

As the Clayton Act provides for automatic trebling of actual damages, and the Motion is unopposed, the Court hereby GRANTS the Motion. Accordingly, judgment in favor of Plaintiff shall enter in the amount of $9,783,000.

Dated this 30th day of January, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge