**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-02516-WJM-KLM

AURARIA STUDENT HOUSING AT THE REGENCY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CAMPUS VILLAGE APARTMENTS, LLC, a Delaware limited liability company,

    Defendant.

---

## FINAL JUDGMENT

---

    This action was tried before a jury of six sworn to try the issues herein with United States District Judge William J. Martínez presiding, and the jury rendered a Verdict.

    In accordance with the Orders filed during the pendency of this case, the jury Verdict, and the Order Granting Plaintiff's Unopposed Motion For Automatic Trebling Of Actual Damages, it is

    ORDERED that Final Judgment is entered for Plaintiff and against the Defendant in the amount of $9,783,000.  It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.18% per annum from the date of entry of Judgment.

    IT IS FURTHER ORDERED that Plaintiff is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this __3rd__ day of February, 2015.

APPROVED BY THE COURT:

_____
Judge William J. Martínez

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:__s/Deborah Hansen_____
Deborah Hansen, Deputy Clerk