**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-2516-WJM-KLM

AURARIA STUDENT HOUSING AT THE REGENCY, LLC,

     Plaintiff,

v.

CAMPUS VILLAGE APARTMENTS, LLC

     Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO APPROVE BOND AND
STAY EXECUTION OF JUDGMENT**

---

This matter comes before the Court on the Defendant's Unopposed Motion to Approve Bond and For Stay of Execution of Judgment Pursuant to Fed.R.Civ.P. 62(b) and (d).  Having considered the Motion, and finding good cause exists, the Court hereby ORDERS as follows:

The Defendant's Motion is GRANTED.  The Court APPROVES the bond submitted with the Motion (ECF No. 271-1) and STAYS the execution of the Judgment through and until such time as all post-trial motions, and any appeals in this matter, are resolved.

Dated this 27th day of February, 2015.

BY THE COURT:

William J. Martínez
United States District Judge